427 A.2d 1188

Kronz Builders, Appellant v. Carey et ux.

Submitted November 12, 1979. Wendell G. Freeland, for appellant; James R. Barozzini, for appellees.

* Judge Donald E. Wieand is sitting by special designation.

* Judge Donald E. Wieand is sitting by special designation.

Before HESTER, MONTGOMERY and LIPEZ, JJ.

The order of the lower court is affirmed.